# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1117

_____

David E. Fischer,                              *
                                               *
            Appellant,                         *
                                               *
      v.                                       *    Appeal from the United States
                                               *    District Court for the
Michael Holdren, Police Officer; Shane         *    Western District of Missouri.
Sandridge, Police Officer; John Doe,           *
employee(s) or agent(s) of Kansas City         *    [UNPUBLISHED]
Police Department; Richard D. Easley,          *
Chief of Police,                               *
                                               *
            Appellees,                         *
                                               *
City of Kansas City, Missouri,                 *
                                               *
            Defendant,                         *
                                               *
Kansas City Board of Police                    *
Commissioners; Steve Martel, doing             *
business as The Levee; Karl Zobrist;           *
Javier Perez; Dennis Eckold; Kay               *
Barnes, Mayor,                                 *
                                               *
            Appellees.                         *

_____

Submitted:  October 13, 2003
Filed:  October 23, 2003

_____

Before RILEY, McMILLIAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

David Fischer appeals from the district court's[1] order (1) declining to reconsider the denial of his request to continue the scheduled trial date in his civil rights action; (2) denying his motion to disqualify Judge Wright; and (3) dismissing his case with prejudice for failure to submit pretrial filings.

Because Fischer appeals only from the order dismissing Michael Holdren and Shane Sandridge, we dismiss the appeal as to all other listed appellees. As to the order appealed, we have carefully reviewed the record and the parties' briefs, and we find no abuse of discretion. Accordingly, we dismiss in part, and affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.